```
MCGREGOR W. SCOTT
United States Attorney
KEVIN P. ROONEY
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare St.
Fresno, California 93721
Telephone: (559) 497-4000
```

FILED

AUG 28 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:06-cr-00284 OWW |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER TO UNSEAL INDICTMENT |
| ) | |
| WALTER NELSON ORR, ) | |
| LATASHA WALTON, ) | |
| RAYQUAN BROWN, ) | |
| DEMAR DUNCAN, ) | |
| ROY HEMPSTEAD, ) | |
| MICHAEL KING, ) | |
| WILIAM STRONG, ) | |
| SUNMLER TOWNSEND, ) | |
| TREMAYNE BEARD, ) | |
| KENNETH "ROCK" JOHNSON, ) | |
| BERNICE BENTLEY, and ) | |
| ROBERT HERNANDEZ, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

   The indictment in this case having been sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, and it appearing that it no longer need remain secret, it is hereby,

///

///

1

1 | ORDERED this 28th day of August, 2006, that the indictment be
2 | unsealed and made public record.

DATED: August 28, 2006

_____
HONORABLE SANDRA M. SNYDER
U.S. DISTRICT MAGISTRATE JUDGE