```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KEVIN P. ROONEY
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Room 4-401
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. F. NO. 06-0284 OWW |
|---|---|---|
| Plaintiff, | ) | PRELIMINARY ORDER OF |
| | ) | FORFEITURE RE REAL PROPERTY |
| v. | ) | OF WALTER ORR |
| WALTER ORR, | ) | |
| Defendant. | ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Walter Orr, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 21 U.S.C. § 853(a), the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a) Real Property located at 3535 N. Sonora Fresno, California, APN: 311-711-10.

2. The above-listed property constitutes or was derived from gross proceeds obtained, directly or indirectly, or was used

or intended to be used, in any manner or part, to commit or to facilitate the commission of violations of 21 U.S.C. §§ 846 and 841(a)(1).

   3.   Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States Marshals Service, in its secure custody and control.

   4.   a.   Pursuant to 21 U.S.C. § 853(n) and Local Rule 83-171, the United States forthwith shall publish at least once for three successive weeks in the Fresno Business Journal (Fresno County), a newspaper of general circulation located in the county in which the above-listed property is located, notice of this Order, notice of the Attorney General's intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the above-listed property must file a petition with the Court within thirty (30) days of the final publication of the notice or of receipt of actual notice, whichever is earlier.

      b.   This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the property and any additional facts supporting the petitioner's

claim and the relief sought.

    c.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order of Forfeiture, as a substitute for published notice as to those persons so notified.

    5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a) in which all interests will be addressed.

IT IS SO ORDERED.

**Dated:   March 26, 2007**            **/s/ Oliver W. Wanger**
emm0d6                      UNITED STATES DISTRICT JUDGE

3