```
 1 │ McGREGOR W. SCOTT
   │ United States Attorney
 2 │ KEVIN P. ROONEY
   │ STEPHANIE HAMILTON BORCHERS
 3 │ Assistant U.S. Attorney
   │ 4401 Federal Building
 4 │ 2500 Tulare Street
   │ Fresno, California 93721
 5 │ Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | 1:06-CR-00284 OWW |
|        Plaintiff,       ) | |
|    v.       ) | STIPULATION TO CONTINUE ANCILLARY HEARING AND ORDER THEREON |
| WALTER NELSON ORR,       ) | |
|        Defendant.       ) | |

PER THE AGREEMENT BETWEEN THE PARTIES Plaintiff United States of America and Petitioner World Savings Bank, FSB that the Ancillary Hearing presently set for August 20, 2007 at 9:00 a.m., in Courtroom 3, before District Court Judge Oliver W. Wanger, be continued to September 10, 2007 at 9:00 a.m., in Courtroom 3, before District Court Judge Oliver W. Wanger, or a time thereafter the Court is available.

Dated:  August 16, 2007        McGREGOR W. SCOTT
                               United States Attorney

                                /s/ Stephanie Hamilton Borchers
                               KEVIN P. ROONEY
                               STEPHANIE HAMILTON BORCHERS
                               Assistant U.S. Attorneys

1

1

2  Dated: August 16, 2007          /s/ Steven L. Kester
                                   STEVEN L. KESTER
3                                  FRANCIS E. QUINLAN
                                   Attorneys for Petitioner
4                                  World Savings Bank, FSB
                                   (Original signature retained by
5                                  attorney)

6  IT IS SO ORDERED.

7  **Dated:   August 17, 2007**           **/s/ Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE