

McGREGOR W. SCOTT
United States Attorney
KEVIN P. ROONEY
STEPHANIE HAMILTON BORCHERS
Assistant United States Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4004

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   )   1:06-CR-00284 OWW
                            )
        Plaintiff,          )
                            )   FINAL ORDER OF FORFEITURE
    v.                      )
                            )
WALTER ORR,                 )
                            )
        Defendant.          )
_____)

WHEREAS, on March 28, 2007, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a) based upon the Plea Agreement entered into between plaintiff and defendant Walter Orr forfeiting to the United States the following property:

   Real property located at 3535 N. Sonora Avenue, Fresno, California, APN: 311-711-10, and more fully described as:

   ALL THAT CERTAIN REAL PROPERTY SITUATED IN THE COUNTY OF FRESNO STATE OF CALIFORNIA * * * * *, DESCRIBED AS FOLLOWS:

   CITY OF FRESNO

   Lot 10 of TRACT NO. 3797, REMINGTON ESTATES, according to the map thereof recorded in Volume 50, Page(s) 46 and 47 of Plats, Fresno County Records.

///

1   AND WHEREAS, on April 11, 18, and 25, 2007, the United States
2   published notification of the Court's Preliminary Order of
3   Forfeiture in The Business Journal (Fresno County), a newspaper of
4   general circulation located in the county in which the above-
5   described property is located. Said published notice advised all
6   third parties of their right to petition the court within thirty
7   (30) days of the publication date for a hearing to adjudicate the
8   validity of their alleged legal interest in the forfeited property;

9   AND WHEREAS, the United States sent direct written notice by
10  certified mail to World Savings Bank, FSB;

11  AND WHEREAS, on or about May 16, 2007, World Savings Bank, FSB
12  filed a Petition for Ancillary Hearing regarding the above-
13  described real property, as lien holder of the property;

14  AND WHEREAS, the Court has been advised that no other third
15  party has filed a claim to the subject property, and the time for
16  any person or entity to file a claim has expired.

17  Accordingly, it is hereby ORDERED and ADJUDGED:

18  1.  A Final Order of Forfeiture shall be entered forfeiting
19  to the United States of America all right, title, and interest in
20  the above-described property pursuant to 21 U.S.C. § 853(a), to be
21  disposed of according to law, including all right, title, and
22  interest of Walter Orr.

23  2.  Pursuant to the Stipulation for Expedited Settlement
24  approved by the Court on or about September 11, 2007, regarding the
25  above-described real property, upon entry of this Final Order of
26  Forfeiture forfeiting the above-described real property to the
27  United States and sale of the real property, the U.S. Marshals
28  Service shall pay petitioner World Savings Bank, FSB ("World

2

Savings") from the proceeds of the sale, after payment of outstanding taxes and expenses incurred by the U.S. Marshals Service in connection with its custody and sale of the above-described real property, the following:

    a.    All unpaid principal due to the petitioner World Savings in the principal amount of $147,100.14, plus accrued interest in the sum of $13,693.03, as of July 27, 2007, and interest accruing at an adjustable rate thereafter on the principal sum as described in the Note and Deed of Trust in favor of World Savings pursuant to the Deed of Trust recorded in Fresno County, California, as instrument number 2004-0109822, dated May 10, 2004 and recorded on May 19, 2004; the United States also agrees to pay casualty insurance and taxes advanced by World Savings. An updated payoff statement should be requested prior to closing.

    b.    Reasonable attorney's fees not to exceed $2,000.00.

    c.    A total fee of not more than $200.00 to process a beneficiary demand statement and to record a reconveyance of the Deed of Trust.

    d.    The exact amount to be paid to World Savings shall be determined at the time of payment, but shall not be less than the amounts set forth above.

3. Payment to petitioner World Savings shall be in full settlement and satisfaction of all claims by World Savings to the real property indicted by the United States on or about September 7, 2006, and of all claims arising from and relating to the

seizure, detention, and forfeiture of the real property. The payment to World Savings shall not include any penalty payments, including any prepayment penalties.

    4.   All right, title, and interest in the above-described real property shall vest solely in the name of the United States of America.

    5.   The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED THIS 22d day of October, 2007.

_____
OLIVER W. WANGER
United States District Judge